

October 17, 2022

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

    Re:    *Hodnett, et al., v. Medalist Partners Opportunity Master Fund II-A, L.P., et al.*
            Docket No.: 21-cv-0038 (JLR)

Dear Judge Rochon:

    This firm represents Plaintiffs Brad and Cynthia Hodnett in the above-referenced matter, and I write with respect to the Initial Conference, scheduled for November 3, 2022 (Dkt. 87), to request an adjournment. Due to a conflict with another previously scheduled court conference, I am unavailable at 11 a.m. on November 3, 2022. This is the first such request for an adjournment. Counsel for Defendants have consented to this request, and all counsel are available for an Initial Conference on November 15, 16, or 17, 2022. Thank you for your consideration of this request.

            Respectfully submitted,

            /s/R. Zachary Gelber

            R. Zachary Gelber

cc:    Counsel of Record (by ECF)

Request **GRANTED**. The initial pretrial conference is adjourned to **November 17, 2022 at 2:00 p.m.**

Dated:  October 18, 2022
          New York, New York

SO ORDERED

_____
JENNIFER L. ROCHON
United States District Judge

Gelber & Santillo PLLC, 347 West 36th Street, Suite 805, New York, NY 10018
Tel: 212-227-4743 Fax: 212-227-7371