UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAD HODNETT AND CYNTHIA HODNETT, individually and derivatively on behalf of PIPINGusa, LLC,<br><br>      Plaintiffs,<br><br>-against-<br><br>MEDALIST PARTNERS OPPORTUNITY MASTER FUND II-A, L.P., et al.,<br><br>      Defendants. | 1:21-cv-00038 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  As stated on the record at the November 17, 2022 conference, the parties are HEREBY ORDERED to file, by **November 28, 2022**, a joint letter stating whether they request a referral to the designated Magistrate Judge for a settlement conference or to the Court-annexed mediation program.

Dated: November 17, 2022
    New York, New York

               SO ORDERED.

               *Jennifer Rochon*
               JENNIFER L. ROCHON
               United States District Judge