UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRAD HODNETT AND CYNTHIA HODNETT,

                          Plaintiffs,                  **21-CV-00038 (JLR)**

                -against-                     **<u>ORDER SCHEDULING</u>**
                                                        **<u>SETTLEMENT CONFERENCE</u>**

MEDALIST PARTNERS OPPORTUNITY MASTER
FUND II-A, L.P., et al.,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        A settlement conference in this matter is scheduled for **Thursday, February 16, 2023, at 2:30 p.m.**, via Zoom. The Zoom information will be emailed to the parties closer to the conference date. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter. The parties are directed to refer to the Court's standing order applicable to settlement conferences, available at https://www.nysd.uscourts.gov/hon-valerie-figueredo As indicated in that order, parties must submit pre-conference submissions, via e-mail to chambers, no later than **February 9, 2023.**

        **SO ORDERED.**

DATED:    New York, New York
                January 10, 2023

                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge