UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAD HODNETT AND CYNTHIA HODNETT, individually and derivatively on behalf of PIPINGusa, LLC,

                Plaintiffs,

-against-

MEDALIST PARTNERS OPPORTUNITY MASTER FUND II-A, L.P., et al.,

                Defendants.

1:21-cv-00038 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

        As stated at the November 2, 2023 conference, if a consensual resolution is not reached with respect to the motion to withdraw, Plaintiffs Brad Hodnett and Cynthia Hodnett shall, by **November 9, 2023**, respond to the pending motion to withdraw as counsel, including addressing the retaining lien. *See* ECF No. 129. Attorneys Zachary Gelber and Fern Mechlowitz shall file a reply, if any, by **November 16, 2023**, which shall include supporting documentation for any retaining lien sought. Any request to submit documents under seal in connection with this motion must be supported by case law and comply with Rule 4(B) of the Court's Individual Rules in Civil Cases.

Dated: November 2, 2023
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge