UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAD HODNETT and CYNTHIA HODNETT, individually and derivatively on behalf of PIPINGusa, LLC,

                Plaintiffs,

-against-

MEDALIST PARTNERS OPPORTUNITY MASTER FUND II-A, L.P., MEDALIST PARTNERS, L.P., GREGORY PETER RICHTER, MARC THALACKER, MARK THEETGE, MARY L. GRAYBEAL, and KRAH USA LLC,

                Defendants.

Case No. 1:21-cv-00038 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 23, 2025, Plaintiffs submitted a motion *in limine* in support of their requested imposition of a constructive trust. On November 6, 2025, Defendants filed their opposition. The Court will hold a conference to address this matter on December 2, 2025, at 11:00 a.m., in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: November 25, 2025
       New York, New York

                                        SO ORDERED.

                                        JENNIFER L. ROCHON
                                        United States District Judge