UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRAD HODNETT and CYNTHIA HODNETT, individually and derivatively on behalf of PIPINGusa, LLC,

                    Plaintiffs,

        -against-

MEDALIST PARTNERS OPPORTUNITY MASTER FUND II-A, L.P., MEDALIST PARTNERS, L.P., GREGORY PETER RICHTER, MARC THALACKER, MARK THEETGE, MARY L. GRAYBEAL, and KRAH USA LLC,

                    Defendants.

---

Case No. 1:21-cv-00038 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On December 2, 2025, the Court held a hearing to discuss Plaintiffs' supplemental briefing in support of their requested imposition of a constructive trust. *See* Dkt. 246. For the reasons stated on the record, the Court orders that:

1. Defendants' deadline to oppose Plaintiffs' motion *in limine*, Dkt. 252, is extended to **December 5, 2025**.

2. Defendants are to file their motion *in limine* regarding Plaintiffs' request for damages of unpaid salaries and a constructive trust by **December 15, 2025**. Plaintiffs' response will be due by **December 31, 2025**. All briefing must comply with the Court's Individual Rule 3.C.

3. The parties are to confer in good faith regarding their jury instructions and submit a revised jury charge and verdict sheet, if any, by **January 5, 2026**.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 246 and 251.

Dated:  December 2, 2025
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge