UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRAD HODNETT and CYNTHIA
HODNETT,

                              Plaintiffs,

          -against-

MARC THALACKER, MARK THEETGE,
and MARY L. GRAYBEAL,

                              Defendants.

Case No. 1:21-cv-00038 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

On January 13, 2026, the parties appeared before this Court for a Final Pretrial

Conference, wherein the Court ruled on the parties' motions *in limine* from the bench.  For the

reasons stated on the record, Defendants' motion *in limine*, Dkt. 264, is DENIED, and Plaintiffs'

motion *in limine*, Dkt. 252, is DENIED in part and GRANTED in part.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 252 and 264.

Dated: January 16, 2026
       New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge