UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAD HODNETT and CYNTHIA
HODNETT,

                              Plaintiffs,

            -against-

MARC THALACKER, MARK THEETGE,
and MARY L. GRAYBEAL,

                              Defendants.

Case No. 1:21-cv-00038 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' correspondence regarding their agreement in principle to settle this case. The parties have represented that they expect the settlement to be fully executed this evening and will file a stipulation of dismissal. Absent the filing of such stipulation on the docket, the counsel for the parties shall appear for a conference before the Court on **January 21, 2026, at 9:00 a.m.**, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:  January 20, 2026
        New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge